Shelby N. Price, Esq.  
Wyoming Attorney No: 7-6055  
**MCDONOUGH LAW GROUP**  
1635 Foxtrail Dr.  
Loveland, CO 80538  
Tel: (970) 776-3311  
Email: shelby@mcdonoughlawgroup.com  

Of Attorneys for Plaintiff

Scott Olheiser, Esq.  
Wyoming Attorney No: 6-3154  
**MCDONOUGH LAW GROUP**  
300 Main Street, Suite 102  
Grand Junction, CO 81501  
Tel: (970) 776-3311  
Email: sjo@mcdonoughlawgroup.com  

Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

CHEYENNE DIVISION

| | |
|---|---|
| **RJ WYLD LLC**, a Wyoming limited liability company, <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> **WYLD ADVENTURES LLC**, a Wyoming limited liability company, <br><br> Defendant and Counterclaim Plaintiff. | Civil Case No. 24-CV-00186-KHR |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUCTION AND REQUEST FOR EXPEDITED HEARING**

Pursuant to F.R.Civ.P. 65(a), U.D.C.L.R. 7.1(b)(2), and 15 U.S.C 1051 *et seq.* (The Lanham Act), Plaintiff RJ WYLD, LLC hereby moves for a preliminary injunction prohibiting Defendants WYLD Adventures, LLC from using the name "WYLD" or protected derivatives thereof in connection with retail sales though online market, in store sales, or otherwise.

The plaintiff submits the following materials filed contemporaneously herewith as support for its *Motion*:

- *Plaintiff's Memorandum in Support of Motion for Preliminary Injunction;*
- *Affidavit of Rockie Sadler*, along with Exhibits;
- *Affidavit of Anglia Leiding*, along with Exhibits;
- *Affidavit of Mark Leiding*;
- *Affidavit of Mary Lewis,* and
- *Affidavit of Madison Colby* along with Exhibits.

The Plaintiff respectfully requests that *Plaintiff's Motion for Preliminary Injunction and Request for Expedited Hearing* be set for hearing at the Court's earliest convenience.

**WHEREFORE,** Plaintiff respectfully prays the Court grant its *Motion* and for other relief the Court deems just and equitable.

DATED this 30th day of January, 2025.

**MCDONOUGH LAW GROUP**

*/s/ Shelby N. Price*
Shelby N. Price, Esq. WSB No. 7-6055
1635 Foxtrail Dr. Floor
Loveland, CO 80538
Telephone: (970) 776-3311
Email: shelby@mcdonoughlawgroup.com

*/s/ Scott Olheiser*
Scott Olheiser, Esq.
Wyoming Attorney No: 6-3154
**MCDONOUGH LAW GROUP**
300 Main Street, Suite 102
Grand Junction, CO 81501
Tel: (970) 776-3311
Email: sjo@mcdonoughlawgroup.com

Of Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

   In accordance with the Federal Rules of Civil Procedure, I hereby certify that on **January 30, 2025**, I electronically filed the foregoing **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED HEARING** through the CM/ECF system, which cause the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Benjamin J. Rowland (7-5654)
Davis & Cannon, LLP
422 West 26th Street
Cheyenne, WY 82003
Phone: (307) 634-3210
Email: *browland@davisandcannon.com*
Attorney for Defendant

Jena R. Akin (7-5062)
Davis & Cannon, LLP
40 South Main Street
Sheridan, WY 82801
Phone: (307) 672-7491
Email: *jena@davisandcannon.com*
Attorney for Defendant

                  */s/ Dana Boiler*
                  Dana Boiler, Paralegal
                  McDonough Law Group